IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN ERVIN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3490

Opinion filed December 14, 2016.

An appeal from an order of the Circuit Court for Duval County.
Marianne L. Aho, Judge.

John Ervin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.